

# THE ATTORNEY GENERAL
# OF TEXAS

**AUSTIN 11, TEXAS**

JOHN BEN SHEPPERD
ATTORNEY GENERAL

July 20, 1956

Hon. Tom Reavley
Secretary of State
Austin, Texas

Opinion No. S-209

Re: Payment of travel expense
and per diem to a State em-
ployee in charge of the opera-
tion of IBM machines while
attending a training school in

Dear Sir:                    the operation of such machines.

      In your letter of June 26, 1956, you requested an opinion
from this office based on the following set of facts:

> "During July 23 through 27 of this year, the I.B.M. Com-
> pany will conduct a training school at its Dallas offices
> to instruct operators of their accounting machine No.
> 402. This is the key machine in the tab room or I.B.M.
> Section of this office. It carries a large volume of our
> work. Some of the jobs performed with its use include
> posting franchise ledgers, running securities licenses,
> preparation of money sheets and deposit sheets, running
> notary commissions; preparation of delinquent tax
> notices and remittance slips, etc.

> "This is a complicated machine and it is arranged to do
> different jobs through the device of a control panel where
> wiring connections are changed. A complete knowledge
> of the intricacies of the machine is necessary for proper
> rewiring which enables the machine to perform different
> operations.

> "At the present time, Mr. Gordon Doty is in charge of
> this section of our office. Mr. Doty was transferred
> from his previous position as an auditor in the Fran-
> chise Tax Division. He has a very limited knowledge
> of the technicalities of these machines. He is interested
> and has put forth a splendid effort. When rewiring prob-
> lems arise, he calls on Mr. Steve Bishop of the I.B.M.
> Company, but this is sometimes a slow way to handle
> needs. There is only so much of this burden that we
> can place upon the I.B.M. personnel."

      Your letter closed by asking if this person could be paid
his travel expense and per diem while attending this training school.

Section 9a and 10b of Article VI of the General Appropriation Bill of the 54th Legislature requires that all travel be for official state business.

Considering the situation as described by you, it is evident that the training given at this five-day school will be directly and substantially used by the employee to facilitate the operation of the I.B.M. machine in a more efficient manner. It will be possible to handle the large work load of the entire office in a more advantageous manner without the delay and expense caused by requesting the assistance of the local I.B.M. Company during rewiring operations.

In reaching our conclusion, we have carefully considered Attorney General's Opinions O-4387 (1942), O-1195 (1939), R-2128 (1950), O-5981 (1944), O-4167 (1941), O-4267 (1942) and 2993 (1933). It is our opinion that the facts in the present situation establish that the relationship between the purpose of the trip and the accomplishment of the functions of government entrusted to the employee is reasonable, substantial and direct. Therefore, the employee may be allowed his travel expense and per diem.

## SUMMARY

Payment of travel expense and per diem to a State employee in charge of the operation of I.B.M. machines while attending a training school in the operation of such machines is authorized.

APPROVED:

J. C. Davis, Jr.
County Affairs Division

W. V. Geppert
Reviewer

J. Arthur Sandlin
Reviewer

John Reeves
Reviewer

Davis Grant
First Assistant

John Ben Shepperd
Attorney General

Yours very truly,

JOHN BEN SHEPPERD
Attorney General

By *Philip Sanders*

Philip Sanders
Assistant